**42 MILLARD vs. CIRCUIT JUDGE** (Lenawee), No. 15173; 64 N. W., 1046; 2 D. L. N., 608.

To set aside an order quashing garnishment proceedings entered because (1) the affidavit for the writ was made before the original suit was commenced, although on the same day, and (2) because the garnishee summons warned the garnishee defendant to pay no money to "Mrs. J. A. Hays" (the plaintiff).

Granted November 19, 1895, with costs.

**43 PENINSULAR STOVE CO. vs. CIRCUIT JUDGE** (Wayne), No. 11919, 85 M., 400.

To compel respondent to set aside an order quashing proceedings in garnishment, because the affidavit alleged both that the garnishee defendant was indebted to the principal defendant and that he had property, etc., belonging to the principal defendant "involving both trover and assumpsit in the same action."

Granted April 2, 1891, with costs.

**44 PHELPS ET AL. vs. CIRCUIT JUDGE** (Wayne), No. 15847.

To compel respondent to reinstate garnishment proceedings which were dismissed because four terms of court had intervened after judgment against the principal defendant, and plaintiffs had neglected to place on the docket for trial the issue which had been framed, or to have said garnishment proceedings continued from term to term.

Denied October 21, 1896, with costs.